

Littler Mendelson P.C.
290 Broadhollow Road
Suite 305
Melville, NY 11747

Kelly C. Spina
631.247.4744 direct
631.247.4700 main
631.824.9043 fax
kspina@littler.com

June 7, 2021

**VIA ECF**

Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Karen Feld v. National Railroad Passenger Corporation d/b/a Amtrak, et al.*
      Case No. 20-cv-06387 (PAE)

Dear Judge Engelmayer:

This firm represents National Railroad Passenger Corporation in connection with the above-referenced matter. We write jointly with counsel for Plaintiff to respectfully request a 30-day extension of today's deadline for Plaintiff to seek reopening in accordance with the Court's May 6, 2021 Order (Dkt. No. 24), until July 7, 2021. This is the first request for such relief and it is made because the parties are finalizing a complex settlement agreement. Due to Plaintiff's required time to review the agreement and consider its potential revocation, the parties believe the settlement can be finalized within 30 days at which point a stipulation of dismissal with prejudice can be filed with the Court.

Thank you for your consideration of this request.

Respectfully submitted,

Littler Mendelson P.C.

*Kelly C. Spina*
KCS/dg

Granted. SO Ordered.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
6/7/2021